**Electronically Filed
Supreme Court
SCWC-24-0000113
19-AUG-2025
11:04 AM
Dkt. 38 OGAC**

SCWC-24-0000113

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SIERRA CLUB,
Petitioner and Respondent/Appellant-Appellee,

vs.

BOARD OF LAND AND NATURAL RESOURCES,
Respondent and Petitioner/Appellee-Appellee,

and

ALEXANDER AND BALDWIN, INC.
and EAST MAUI IRRIGATION COMPANY, LLC,
Respondents/Appellees-Appellants,

and

COUNTY OF MAUI,
Respondent/Appellee-Appellee.
(CAAP-24-0000113; CASE NO. 1CCV-22-0001506)

----------------------------------------------------------------

SIERRA CLUB,
Petitioner and Respondent/Appellant-Appellee,

vs.

BOARD OF LAND AND NATURAL RESOURCES,
Respondent and Petitioner/Appellee-Appellant,

and

ALEXANDER AND BALDWIN, INC.,
EAST MAUI IRRIGATION COMPANY, LLC, and COUNTY OF MAUI,
Respondents/Appellees-Appellees.
(CAAP-24-0000114; CASE NO. 1CCV-22-0001506)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins and Devens, JJ.,
Circuit Judge Malinao, in place of Recktenwald, C.J., recused,
and Circuit Judge Kawashima, in place of Ginoza, J., recused)

Petitioner Sierra Club's Application for Writ of Certiorari, filed on June 26, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 19, 2025.

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens



/s/ Clarissa Y. Malinao

/s/ James S. Kawashima